**Order entered July 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01396-CV

## IN THE INTEREST OF P.D.K., A CHILD

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-56355-2010**

# ORDER

Appellee's motion to dismiss is **DENIED**.


/s/     DAVID L. BRIDGES
         JUSTICE